# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

**No. ACM 39140 (f rev)**

———————————

**UNITED STATES**
*Appellee*

**v.**

**Darius M. JONES**
Airman First Class (E-3), U.S. Air Force, *Appellant*

———————————

*Upon further review*

Decided 8 September 2017

———————————

*Military Judge:* Matthew P. Stoffel.

*Approved sentence:* Bad-conduct discharge, confinement for 6 months, forfeiture of all pay and allowances, and reduction to E-1. Sentence adjudged 22 June 2016 by GCM convened at Joint Base Elmendorf-Richardson, Alaska.

*For Appellant:* Major Lauren A. Shure, USAF; Major Travis L. Vaughan, USAF.

*For Appellee:* Colonel Martin J. Hindel, USAF; Gerald R. Bruce, Esquire.

Before JOHNSON, MAYBERRY, and SPERANZA, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

We have this case for further review because we ordered new post-trial processing due to an erroneous staff judge advocate's recommendation. *United States v. Jones*, No. ACM 39140, 2017 CCA LEXIS 310, at *5 (A.F. Ct. Crim. App. 28 Apr. 2017) (unpub. op.).

Having resolved that issue, we find the approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court